CARMEN A. TRUTANICH, City Attorney, (SBN 86629)
GARY G. GEUSS, Chief Assistant City Attorney, (SBN 128022)
DANIEL P. AGUILERA, Supervising Deputy City Attorney (SBN 108159)
BETH D. CORRIEA, Deputy City Attorney (SBN 210455)
200 North Main Street
700 City Hall East
Los Angeles, California 90012-4130
Telephone: (213) 978-8291
Facsimile: (213) 978-8216
E-Mail: Beth.Corriea@lacity.org

Attorneys for Defendants City of Los Angeles, et al

FILED
CLERK, U.S. DISTRICT COURT
MAR 22 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY BROOKS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a Municipal Corporation; WILLIAM L. BRATTON, Chief of Police, in his individual and official capacities; JERI WEINSTEIN, in her individual and official capacities; JOSEPH HILTNER, in his individual and official capacities; JUSTIN EISENBERG, in his individual and official capacities; and DOES 1 to 10, inclusive;<br><br>Defendants. | CASE NO: CV10-03541 SVW (JEMx)<br><br>*Assigned to the Honorable Stephen V. Wilson*<br><br>(PROPOSED) ORDER DISMISSING THE ACTION IN ITS ENTIRETY PURSUANT TO FRCP 41(a)(1) |

1

**[PROPOSED] ORDER**

Having considered the parties' Stipulation for Dismissal, IT IS HEREBY ORDERED that the above-entitled action, <u>Barry Brooks v. City of Los Angeles, et al.</u>, United States District Court Case No. CV 10-03541 SVW (JEMx) is DISMISSED WITH PREJUDICE in its entirety.

DATED: 3/22/11

_____
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE